PUBLIC ENTITY FILING

1 | DAVID A. DE BERRY, CITY ATTORNEY #140441
2 | WAYNE W. WINTHERS, SENIOR ASSIST. CITY ATTY. #134659
CITY OF ORANGE
3 | 300 East Chapman Avenue
4 | Orange, California 92866

5 | (714) 744-5580

JS-6

6 | (714) 538-7157 (facsimile)
wwinthers@cityoforange.org (email)
7 |
8 | Attorneys for Defendants CITY OF ORANGE,
ORANGE POLICE DEPARTMENT, OFFICER SOUTH,
and OFFICER MADRID
9 |

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12 | RITA CAMARGO, an individual,      ) CASE NO.: SACV10-442 DOC (RNBx)
                                      )
13 |            Plaintiff,            ) **Assigned for All Purposes to:**
                                      ) HON. DAVID O. CARTER
14 | v.                               )
                                      )
15 | THE CITY OF ORANGE, a public entity, ) **ORDER RE: JOINT STIPULATION**
et al.,                               ) **TO DISMISS ENTIRE ACTION**
16 |                                  )
                                      )
17 |            Defendants.           )
     _____)

18 |                                  DEPT.: 9D
                                      COMPLAINT FILED: October 23, 2009
19 |                                  REMOVAL TO FEDERAL COURT
20 |                                  FILED: April 9, 2010
                                      TRIAL DATE:  April 5, 2011
21 |

22 |       The Court having considered the Stipulation for Dismissal of the action dismisses

23 | the entire action brought by Plaintiff, Rita Ann Camargo against all Defendants with

24 | prejudice.

25 |

26 | Dated:   December 21, 2010        _David O. Carter_____

27 |                                  HON. DAVID O. CARTER

28 |

1